Nos. 1178 and 1179. PHILADELPHIA COMPANY *v.* GUGGENHEIM ET AL. May 5, 1947. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Thomas J. Munsch, Jr.* for petitioner. *Acting Solicitor General Washington, Roger S. Foster,*

*Robert S. Rubin* and *George Zolotar* filed a brief for the Securities & Exchange Commission in opposition. *Maurice J. Dix* for Guggenheim et al., respondents.